| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0207 1:10CR00701 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 3:17-00218 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Patrick Ugochukwu Ohazurike | Eastern District Of New York | Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| | Honorable I. Leo Glasser, Senior United States Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/23/2015 — TO 1/22/2020 |

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y ★ NOV 17 2017 ★ BROOKLYN OFFICE

**OFFENSE**
**COUNT 1:**
Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349 and 1343, a Class B felony.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    NEW YORK

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the MIDDLE DISTRICT OF TENNESSEE upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/15/17
*Date*

s/I. Leo Glasser, Sr. USDJ
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    MIDDLE    DISTRICT OF    TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11-27-17
*Effective Date*

*United States District Judge*